# In the United States District Court
# For the Southern District Of Georgia
# Waycross Division

| | | |
|---|---|---|
| DEMARCO RASHAD BUTLER, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:15-cv-18 |
| | * | |
| v. | * | |
| | * | |
| GLEN JOHNSON; EDWINA JOHNSON; | * | |
| NATHAN BROOKS; and WILLIAM | * | |
| STEEDLEY, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's January 8, 2016, Report and Recommendation, dkt. no. 13, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE** based on his failure to follow this Court's Orders and failure to prosecute. The Clerk of Court is **DIRECTED** to **CLOSE** this case

and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___ day of _February_, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)